IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWAYNE ALMOND,

                Plaintiff,                ORDER

     v.                12-cv-241-bbc

WARDEN MICHAEL BAENEN,
DR. RICHARD HEIDORN M.D.,
JEANANNE ZWIERS and JEAN LUTSEY R.N.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWAYNE ALMOND,

                Plaintiff,                ORDER

     v.                12-cv-259-bbc

WARDEN MICHAEL BAENEN,
DR. RICHARD HEIDORN M.D.,
JEANANNE ZWIERS, JEAN LUTSEY R.N..
WARDEN WILLIAM POLLARD,
DR. SUMINICHT, M.D.,
SUPERVISOR R.N. SCHRUBBE,
R.N. AMY SCHRAUFNGED, R.N. S. JACKSON,
ANGLIA KROLL (ICE -PA),
SUPERVISOR ICE ("JOHN DOE"),
DR. DAVID BURNETT, B.H.S. MEDICAL. D.,
DR. SCOTT HOFTIEZER, B.H.S. A.M.D.,
MR. JIM GREER, B.H.S. DIRECTOR,
MS. MARY MUSE, B.H.S. DIRECTOR OF NURSING,
MONICA-BURKERT-BRIST, ATTORNEY GENERAL,
CRYSTAL A. BANSE, ATTORNEY GENERAL,
J.B. VAN HOLLEN, and OFFICIAL JONES,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWAYNE ALMOND,

                    Plaintiff,                    ORDER

         v.                         12-cv-302-bbc

WARDEN WILLIAM POLLARD,
DR. SUMINICHT, M.D.,
SUPERVISOR R.N. SCHRUBBE,
R.N. AMY SCHRAUFNGED, R.N. S. JACKSON,
ANGLIA KROLL (ICE -PA),
SUPERVISOR ICE ("JOHN DOE"),
DR. DAVID BURNETT, B.H.S. MEDICAL. D.,
DR. SCOTT HOFTIEZER, B.H.S. A.M.D.,
MR. JIM GREER, B.H.S. DIRECTOR and
MS. MARY MUSE, B.H.S. DIRECTOR OF NURSING,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DWAYNE ALMOND,

                    Plaintiff,                    ORDER

         v.                         12-cv-342-bbc

WARDEN WILLIAM POLLARD,
DR. SUMINICHT, M.D.,
SUPERVISOR R.N. SCHRUBBE,
R.N. AMY SCHRAUFNGED
and R.N. S. JACKSON,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Dwayne Almond, an inmate at the Waupun Correctional Institution, has

filed the four above-captioned civil rights actions under 42 U.S.C. § 1983, all focusing on the lack of treatment he has received for his back and abdominal maladies. (Plaintiff styled his pleading in case no. 12-cv-241-bbc as a petition for a writ of habeas corpus, but after prompting from the court, he states that he would like that case to proceed as a § 1983 action.) In particular, plaintiff states that prison medical staff has refused to treat him even following tests showing that he is suffering from bleeding in his digestive tract.

Although plaintiff's pleadings are somewhat difficult to understand, it is clear that there is no reason to proceed in four parallel lawsuits when one will suffice. Unfortunately, plaintiff's allegations in each of the four lawsuits are not identical, and it would be unwieldy for the court to screen the four complaints and defendants to answer bits and pieces from them. I conclude that the most efficient way to proceed is for plaintiff to provide one amended complaint that covers all of the claims he wishes to raise in each of the above-captioned lawsuits. Because all of the defendants named in plaintiff's lawsuits are listed as defendants in case no. 12-cv-259-bbc, plaintiff's amended complaint will be docketed in that action. The other three lawsuits will be closed administratively and plaintiff will not owe the $350 filing fee for each of those actions.

In preparing his amended complaint, plaintiff should explain how *each* defendant was involved in violating his rights. He will need to explain how each defendant was aware of his medical problems and what he or she did or did not do in response. Also, as I have stated in previous orders in plaintiff's cases, he should not include massive block quotes of previous decisions made by this court; they serve only to confuse the reader.

ORDER

IT IS ORDERED that

1. Plaintiff Dwayne Almond may have until July 23, 2012 to submit a proposed amended complaint that includes all of the claims he wishes to bring against the defendants named in case nos. 12-cv-241-bbc, 12-cv-259-bbc, 12-cv-302-bbc and 12-cv-342-bbc. The proposed amended complaint will be docketed in case no. 12-cv-259-bbc.

2. The clerk of court is directed to administratively close case nos. 12-cv-241-bbc, 12-cv-302-bbc and 12-cv-342-bbc. Plaintiff will not owe filing fees for those actions.

Entered this 3d day of July, 2012.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge