IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DWAYNE ALMOND,

    Plaintiff,

v.

WILLIAM POLLARD, DR. PAUL SUMNICHT,
AMY SCHRAUFNGED, SANDRA JACKSON,
ANGELIA KROLL, DR. DAVID BURNETT,
DR. SCOTT HOFTIEZER, JIM GREER,
MARY MUSE, JESSE JONES and
CHARLES COLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-259-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunctive relief.

*Peter Oppeneer*

Peter Oppeneer, Clerk of Court

MAR 27 2013

Date