IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.        Case No. 12-cv-259-bbc

WARDEN MICHAEL BAENEN,
DR. RICHARD HEIDORN M.D.,
JEANANNE ZWIERS, JEAN LUTSEY R.N..
WARDEN WILLIAM POLLARD,
DR. SUMINICHT, M.D.,
SUPERVISOR R.N. SCHRUBBE,
R.N. AMY SCHRAUFNGED,
R.N. S. JACKSON,
ANGLIA KROLL (ICE -PA),
SUPERVISOR ICE ("JOHN DOE"),
DR. DAVID BURNETT, B.H.S. MEDICAL. D.,
DR. SCOTT HOFTIEZER, B.H.S. A.M.D., MR.
JIM GREER, B.H.S. DIRECTOR,
MS. MARY MUSE, B.H.S. DIRECTOR OF
NURSING, MONICA-BURKERT-BRIST,
ATTORNEY GENERAL, CRYSTAL A. BANSE,
ATTORNEY GENERAL, J.B. VAN HOLLEN,
and OFFICIAL JONES,

        Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Dwayne Almond's failure to prepay the $350 filing fee.

/s/         10/4/2013
Peter Oppeneer, Clerk of Court         Date